**FILED**

03/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0632

| | |
|---|---|
| STATE OF MONTANA, | ) |
| | ) |
| Plaintiff/Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY M. SMITH, | ) |
| | ) |
| Defendant/Appellant. | ) |
| _____ | ) |

## ORDER FOR EXTENSION OF TIME

Upon Motion of the Appellant, no objection by the Appellee, and good cause appearing therefore IT IS HEREBY ORDERED THAT the Appellant shall have up through and including April 24, 2020 in which to file his Opening Brief herein.

DATED this _____day of March, 2020.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2020